**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1962**

_____

In re: DAVID HILL,

        Petitioner.

_____

On Petition for Writ of Mandamus.  (1:01-cr-00191-CMH-1)

_____

Submitted:  October 13, 2022                    Decided:  October 18, 2022

_____

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

David Hill, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus seeking an order directing the district court to (a) vacate its 2001 order granting Hill's ex parte motion to seal certain documents; and (b) unseal documents in Hill's criminal case, as well as in the criminal prosecution of one Robert Frazier. We conclude that Hill is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. The mandamus petitioner must also demonstrate that he has "no other adequate means to attain the relief he desires." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980).

Hill does not satisfy any of these requirements, particularly in terms of failing to demonstrate a clear and indisputable right to the relief he seeks. Accordingly, we deny the instant petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*